# Exhibit B

FILED: NEW YORK COUNTY CLERK 12/13/2016 02:33 PM                 INDEX NO. 160465/2016
NYSCEF DOC. NO. 2                                                RECEIVED NYSCEF: 12/13/2016

# REQUEST FOR JUDICIAL
UCS-840 (7/2012)

**New York Supreme COURT, COUNTY OF New York**

**Index**                  **Date Index**

**CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is required, attach a caption rider sheet.

Barbara A Res

**Plaintiff(s)**

-against-

David Martosko, Mail Media Inc

**Defendant(s)/Respondent**

**For Court Clerk Use Only:**
IAS Entry Date

Judge Assigned

RJI Date

## NATURE OF ACTION OR
Check ONE box only and specify where

**MATRIMONIAL**
- [ ] Contested
  **NOTE:** For all Matrimonial actions where the parties have children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum**. For Uncontested Matrimonial

**TORTS**
- [ ] Asbestos
- [ ] Breast
- [ ] Environment
- [ ] Medical, Dental, or Podiatric
- [ ] Motor
- [ ] Products
- [ ] Other
- [ ] Other Professional
- [x] Other    Libel

**COMMERCIAL**
- [ ] Business Entity (including corporations, partnerships, LLCs, etc.)
- [ ] Contract
- [ ] Insurance (where insurer is a party, except
- [ ] UCC (including sales, negotiable instruments)
- [ ] Other

  **NOTE:** For Commercial Division assignment requests [22 NYCRR § 202.70(D)], complete and attach the **COMMERCIAL DIV RJI**

**REAL PROPERTY:** How many properties does the application
- [ ] Condemnation
- [ ] Mortgage Foreclosure:    [ ] Residential    [ ] Commercial
  Property
  **NOTE:** For Mortgage Foreclosure actions involving a one- to four-family, owner-occupied, residential property, or an owner-occupied condominium, complete and attach the **FORECLOSURE RJI**
- [ ] Tax Certiorari -            Block            Lot
- [ ] Tax
- [ ] Other Real

**OTHER MATTERS**
- [ ] Certificate of Incorporation/Dissolution   [see **NOTE** under Commercial]
- [ ] Emergency Medical
- [ ] Habeas Corpus
- [ ] Local Court
- [ ] Mechanic's Lien
- [ ] Name Change
- [ ] Pistol Permit Revocation
- [ ] Sale or Finance of Religious/Not-for-Profit
- [ ] Other

**SPECIAL PROCEEDINGS**
- [ ] CPLR Article 75 (Arbitration)    [see **NOTE** under Commercial]
- [ ] CPLR Article 78 (Body or
- [ ] Election Law
- [ ] MHL Article 9.60 (Kendra's Law)
- [ ] MHL Article 10 (Sex Offender Confinement-Initial)
- [ ] MHL Article 10 (Sex Offender Confinement-Review)
- [ ] MHL Article 81
- [ ] Other Mental
- [ ] Other Special

## STATUS OF ACTION OR
Answer YES or NO for EVERY question AND enter additional information where

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons w/notice | [ ] | [x] | If yes, date |
| Has a summons and complaint or summons w/notice been | [ ] | [x] | If yes, date |
| Is this action/proceeding being filed post- | [ ] | [x] | If yes, judgment |

**NATURE OF JUDICIAL**  Check ONE box only AND enter additional information where indicated.

- [ ] Infant's
- [ ] Note of Issue and/or Certificate of Readiness
- [ ] Notice of Medical, Dental, or Podiatric        Date Issue Joined:
- [ ] Notice of Motion        Relief Sought:        Return Date:
- [ ] Notice of Petition        Relief Sought:        Return Date:
- [ ] Order to Show Cause        Relief Sought:        Return Date:
- [ ] Other Ex Parte Application        Relief Sought:
- [ ] Poor Person Application
- [x] Request for Preliminary Conference
- [ ] Residential Mortgage Foreclosure Settlement
- [ ] Writ of Habeas Corpus
- [ ] Other

**RELATED**  List any related actions. For Matrimonial actions, include any related criminal and/or Famiy Court cases. If additional space is required, complete and attach the **RJI Addendum**. If

| Case Title | Index/Case No. | Court | Judge (if assigned) | Relationship to Instant |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**PARTIES**  For parties without an attorney, check "Un-Rep" box AND enter party address, phone number and e-mail address in space provided. If additional space is required, complete and attach the

| Un-Rep | Parties: List parties in caption order and indicate party role(s) (e.g., defendant; 3rd-party plaintiff). | Attorneys and/or Unrepresented Litigants: Provide attorney name, firm name, business address, phone number and e-mail address of all attorneys that have appeared in the case. For unrepresented litigants, provide address, phone number and e-mail address. | Issue Joined (Y/N): | Insurance Carrier(s): |
|---|---|---|---|---|
| [ ] | Name: Res, Barbara A.  Role(s): Plaintiff/Petitioner | Barbara Res, 91 ogle road , old tappan, NJ  07675, barbara07675@gmail.com | NO | |
| [x] | Name: Martosko, David  Role(s): Defendant/Respondent | 10221 Quiet Pond Terrace, Burke, VA  22015 | NO | |
| [x] | Name: Mail Media Inc  Role(s): Defendant/Respondent | 42 Greene St 4th Floor, New Yorkq, NY  10013 | NO | |
| [ ] | Name:  Role(s): | | | |
| [ ] | Name:  Role(s): | | | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

Dated    12/13/2016                                                                    Barbara Res
                                                                                       **SIGNATURE**

                                                                                       Barbara Res
**ATTORNEY REGISTRATION**                                                              **PRINT OR TYPE NAME**

*This form was generated by*
2 of 2